

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00018-CV

**IN THE INTEREST OF T.D.** and C.R., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01440
Honorable Elma T. Salinas Ender, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED.

We order that no costs be assessed against the appellant because she is indigent.

SIGNED April 13, 2022.

_____
Rebeca C. Martinez, Chief Justice